**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
MAYTE VAN RYN RODRIGUEZ,

                        Plaintiff,                 17 **CIVIL** 4038 (AEK)

       -v-                                 **JUDGMENT**

ANDREW SAUL,
Commissioner of Social Security,

                        Defendant.
----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated May 27, 2021, that this action be, and hereby is,

reversed and. remanded to the Commissioner of Social Security, pursuant to sentence four of 42

U.S.C. § 405(g), for further administrative proceedings. Remand is required pursuant to Carr v.

Saul, 141 S. Ct. 1352 (2021), in which the Supreme Court held that a claimant need not raise an

Appointments Clause claim before the Agency, but may instead present it for the first time in

federal court Here, Plaintiff has raised an Appointments Clause claim before this Court.

Accordingly, on remand, the Appeals Council win assign Plaintiff's case to a different

Administrative Law Judge to further evaluate Plaintiff's claims, offer Plaintiff the opportunity for

a new hearing, and issue a new decision.

**Dated:** New York, New York
           May 27, 2021

                                           **RUBY J. KRAJICK**
                               _____
                                       **Clerk of Court**
                **BY:**        K. Mango
                                       _____
                                         **Deputy Clerk**